UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

CARL KOCH, as the owner of Great
Lakes II, 1979 Bruno Stillman 25'
Cruiser Bearing Hull Identification
No.:BSY003580979, its engines, tackle,
appurtenances, equipment, etc.,

    Petitioner.

Case No: 8:25-cv-300-WFJ-NHA

_____/

**ORDER**

In this admiralty action, before the Court is Petitioner's motion for entry of final default judgment (Dkt. 25) and the United States Magistrate Judge's report recommending granting same and entering final default judgment (Dkt. 27). The time for filing objections has passed. The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file, the Court agrees with Magistrate Judge Adams' thorough and well-reasoned analysis and rules as follows:

1

1. The Report and Recommendation (Dkt. 27) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Petitioner's unopposed motion for entry of final default judgment in his favor, exonerating him from liability as to all non-appearing claimants (Dkt. 25) is **granted** for the reasons set forth in the Report and Recommendation at docket 27.

3. The Clerk is directed to enter a final default judgment in favor of Petitioner and against all persons and entities who have failed to file claims and/or answers by the claims deadline, and bar them from filing future claims against Petitioner Carl Koch, arising from the October 10, 2024 accident more fully described in Petitioner's Amended Complaint.

4. Specifically excluded from the default judgment is the appearing claimant Dean Ricci.

**DONE AND ORDERED** at Tampa, Florida, on September 29, 2025.

       s/*William F. Jung*
       **WILLIAM F. JUNG**
       **UNITED STATES DISTRICT JUDGE**

**Copies to**:
Counsel of record and unrepresented parties if any