IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

CASE NUMBER: 8:25-cv-300-WFJ-NHA

IN THE MATTER OF:

CARL KOCH as Owner, of Great Lakes II, 1979 Bruno Stillman 35' Cruiser bearing Hull Identification No.: BSY003580979, its Engines, Tackle, Appurtenances, Equipment, Etc., In a cause for Exoneration from or Limitation of Liability

    Petitioner,
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Claimant, Dean Ricci, provides notice that the above referenced matter has been settled and he is presently awaiting settlement documents and funds.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 3, 2025**, I electronically filed the foregoing with the Clerk of the Court by using the CM\ECF system, which will send a notice of electronic filing to the following **Richard J. McAlpin** and **George Florez**, McALPIN FLOREZ MARCOTTE, P.A., Brickell City Tower, 80 S.W. 8th Street, Suite 2805, Miami, Florida 33130 and Frank D. Butler, 10550 U.S. Hwy. 19 North, Pinellas Park, Florida 33782

                                            /s/ Jacob J. Munch,
                                            JACOB J. MUNCH
                                            MUNCH AND MUNCH, P.A.
                                            600 S. Magnolia Avenue – Suite 325
                                            Tampa, Florida 33606
                                            Phone: (813) 254-1557

Fax: (813) 254-5172
Florida Bar Number 376523
Email: jake@munchandmunch.com
Attorney for Claimant Ricci