# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CARL KOCH,

    Petitioner,

v.     Case No: 8:25-cv-300-WFJ-NHA

ALL POTENTIAL CLAIMANTS and
DEAN RICCI,

    Claimants.

_____/

## O R D E R

The Court has been advised by **Claimant Dean Ricci's Notice of Settlement (Dkt. 35)** that the above-styled action has been settled as to the remaining parties, Ricci and Petitioner. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on November 3, 2025.

                                          s/*William F. Jung*
                                          **WILLIAM F. JUNG**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record